# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INTERNATIONAL HEALTH TECHNOLOGY COMPANY, LLC, § § § *Plaintiff*, § § v. § § ENSEO, LLC, § § *Defendant*. § | CIVIL ACTION NO. 2:24-CV-00010-RWS-RSP |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff International Health Technology Company, LLC and Defendant Enseo, LLC. **Dkt. No. 42**. In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action. *Id*. at 1.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** it. All claims that Plaintiff raised in this action are dismissed **WITH PREJUDICE**. All counterclaims that Defendant raised are dismissed **WITHOUT PREJUDICE**.

Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests by Plaintiff for relief in the above-captioned member case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned lead case, as no other parties remain.

**SIGNED this 25th day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE